Andrew J. Guzzo (HI-SBN 010586)
Kelly Guzzo, PLC
7 Waterfront Plaza
500 Ala Moana Blvd., Suite 400
Honolulu, HI 96813
Telephone: 703-424-7576
Email: aguzzo@kellyguzzo.com
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RIORDAN PRINGLE, individually, and on behalf of others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>    *Defendant*. | **Case No: 1:21-cv-112 (JMS/WRP)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Local Rule 41.1, Plaintiff hereby dismisses this action without prejudice as to the Defendant United Airlines, Inc. Because the Defendant has yet to answer or move for summary judgment, Plaintiff submits that voluntary dismissal is appropriate under Rule 41(a)(1)(A)(i). No claims will be remaining following the dismissal.

Respectfully submitted,

/s/ *Andrew Guzzo*

                          Andrew J. Guzzo, Esq.
                          HI Bar No.: 010586
                          KELLY GUZZO, PLC
                          7 Waterfront Plaza
                          500 Ala Moana Blvd., Ste. 7400
                          Honolulu, Hawaii 96813
                          Aguzzo@kellyguzzo.com
                          Office: 703-424-7576

                          *Counsels for Plaintiff*

APPROVED AS TO FORM:

DATED AT HONOLULU, HAWAII,   _____

                          _____
                          Chief Judge J. Michael Seabright
                          United States District Judge